■ In the Matter of CITY OF NEW YORK, Respondent, v HOTEL REGENT Co., Appellant. [750 NYS2d 750] —Order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered July 30, 2001, unanimously affirmed for the reasons stated by Parness, J., without costs or disbursements. No opinion. Concur—Nardelli, J.P., Tom, Mazzarelli, Buckley and Ellerin, JJ.